IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LANDS, INC., D/B/A SPRINGSTONE LAKES MONTESSORI SCHOOL; AND SPRINGLANDS LLC, Petitioners, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TARA D. CLARK NEWBERRY, DISTRICT JUDGE, Respondents, and J. L., A MINOR, BY AND THROUGH HER FATHER, J.L., Real Party in Interest. | No. 84749 |

FILED

JUN 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges district court orders granting partial summary judgment and granting a motion in limine to exclude evidence in a tort action.

Having considered the petition and its supporting documents, we are not persuaded that our discretionary and extraordinary intervention is warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, the appendix petitioners provided to support their petition is incomplete and we are not otherwise convinced that petitioners lack an adequate legal remedy in the form of an appeal from any adverse final judgment. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted and that the right to appeal is an adequate legal remedy that

22-19207

may preclude writ relief); *see also Walker v. Second Judicial Dist. Court,* 136 Nev. 678, 682-83, 476 P.3d 1194, 1197-98 (2020) (stating conditions requisite to mandamus relief, including that petitioners have a legal right to the act the petition seeks to compel, respondent has a plain duty to perform such act, and the absence of an alternate legal remedy). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Pickering

_____, Sr.J.
Gibbons

cc:    Hon. Tara D. Clark Newberry, District Judge
       Alverson Taylor & Sanders
       The Schnitzer Law Firm
       Eighth District Court Clerk

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.